IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILLY RAY BURGE**                                                                                   **PLAINTIFF**

v.                                              No. 3:26-cv-6-DPM

**DAMMON MCGILTON**                                                                   **DEFENDANT**

## ORDER

1. Burge hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*. He must do one or the other by 20 February 2026. If he doesn't, his case will be dismissed without prejudice. Local Rule 5.5(c)(2).

2. The Court directs the Clerk to mail Burge an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Burge will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge
20 January 2026